# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BLAIR HINDMAN, BOTH INDIVIDUALLY FOR HIMSELF, AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS AND ENTITIES, | : | No. 58 WM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| TOM WOLF, GOVERNOR, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 5th day of August, 2020, Petitioner's Application for Extraordinary Relief is **DENIED**. The Joint Application for Leave to File Amicus Brief is dismissed as moot.

　　Justice Wecht files a concurring statement.